IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE DUNBAR,
aka ALAMIN SAMAD,

        Petitioner,                   No. CIV S-04-1176 GEB PAN P

   vs.

A. K. SCRIBNER, et al.,        <u>ORDER</u>

        Respondents.

                         -oOo-

     On June 28, 2005, the court dismissed this action as time-barred and denied petitioner's motions for summary judgment and the clerk of the court duly entered judgment. Petitioner moves to amend the judgment to reflect consideration of his October 27, 2004, motion for an evidentiary hearing.

     Pursuant to Fed. R. Civ. P. 60(a):

> Clerical mistakes in judgments, orders or other parts of the record and errors therein arising from oversight or omission may be corrected by the court at any time of its own initiative or on the motion of any party and after such notice, if any, as the court orders. During the pendency of an appeal, such mistakes may be so corrected before the appeal is docketed in the

appellate court, and thereafter while the appeal is pending my be so corrected with leave of the appellate court.

Through clerical oversight, the court did not mention the motion for an evidentiary hearing. Accordingly, plaintiff's July 21, 2005, motion is granted and the order and judgment entered June 28, 2005, are vacated.

The court hereby orders the following:

1. The findings and recommendations filed June 2, 2005, are adopted in full;

2. Respondents' October 7, 2004, motion to dismiss is granted;

3. Petitioner's October 27, 2004, motion for an evidentiary hearing and for summary judgment is denied;

4. Petitioner's December 1, 2004, motion for summary judgment is denied;

5. This action is dismissed as untimely.

So ordered.

Dated: August 15, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2